IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHRISTIANSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>STRYKER CORP.,<br><br>    Defendant.<br>_____ / | No. C 06-04391 WHA<br><br>**ORDER DENYING PARTIES' REQUEST OF CONTINUE FILING DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT** |

    Good cause not shown, the parties' joint request and stipulation is **DENIED**. The deadline for filing motions for summary judgment remains **DECEMBER 28, 2006**.

    **IT IS SO ORDERED.**

Dated: December 4, 2006

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE