IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN CHRISTIANSEN,

    Plaintiff,

v.

STRYKER CORP.,

    Defendant.
_____/

No. C 06-04391 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court has received parties' notice of settlement and joint request for an order of conditional dismissal without prejudice. All deadlines related to the above-captioned action will remain in effect until parties file a dismissal. In view of parties' request, however, the deadline for filing of the administrative record and filing for summary judgment is extended to **JANUARY 11, 2007.**

**IT IS SO ORDERED.**

Dated: January 2, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE